IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR038 |
| v. | : | JUDGE TIMOTHY S. BLACK |
| CLEO COLTER | : | ORDER UNSEALING INDICTMENT |

Upon motion of the United States, and for the reason that the above captioned defendant has been arrested, the above captioned case is hereby ordered unsealed.

DATE: 3/26/13

_____
JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT